Rachel Rebecca Stevens (261360)
Amy Lynn Bennecoff Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY ROGERS-GRAHAM,<br><br>Plaintiff.<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendant. | Case No.: 3:18-cv-03381-JST<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO ALLOW COUNSEL TO PARTICIPATE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE<br><br>Date: October 17, 2018<br>Time: 2:00 p.m.<br>Location: 450 Golden Gate Avenue,<br>         Fl. 19, Crtrm. 9<br>         San Francisco, CA 94102<br>Hon. Jon S. Tigar, U.S.D.J.<br><br>Complaint Filed: June 8, 2018<br>Trial Date: TBD |

This Court has received the parties' Joint Stipulation to Allow Counsel to Participate in the October 17, 2018, Case Management Conference By Telephone, and good cause being shown, the stipulation is approved. Counsel for either or both

| 1 | parties may appear at the October 17, 2018, Case Management Conference by |

telephone.

**IT IS SO ORDERED**.

Dated: September 24, 2018

_____
Hon. Jon S. Tigar
U.S. District Judge