Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com

Attorneys for Defendant RASH CURTIS & ASSOCIATES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BETTY ROGERS-GRAHAM and RICHARD GRAHAM,

    Plaintiffs,

v.

RASH CURTIS & ASSOCIATES,

    Defendant.

Case No.: 3:18-CV-03381-JST

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION DEADLINE**

## **STIPULATION**

Plaintiffs BETTY ROGERS-GRAHAM and RICHARD GRAHAM ("Plaintiffs") and Defendant RASH CURTIS & ASSOCIATES ("Defendant") hereby stipulate and agree that good cause exists for extending the Mediation Deadline from February 14, 2019 to March 11, 2019.

WHEREAS, the Court's Case Management Order, dated October 17, 2017, set the deadline to complete mediation by February 14, 2019;

WHEREAS, due to various calendar conflicts the parties cannot complete mediation by February 14, 2019; and

WHEREAS, the parties and their counsel have conferred with the mediator and agreed to move the mediation to March 11, 2019; and

/ / / /

- 1 -

1 | WHEREAS, the parties jointly stipulate to and request that this court grant an extension of the
2 | mediation deadline to March 11, 2019; and
3 | WHEREAS, this stipulation is made for good cause and not for the purpose of delay.
4 | IT IS SO STIPULATED.
5 | Respectfully submitted,

Dated: February 12, 2019

ELLIS LAW GROUP, LLP

By */s/Anthony P. J. Valenti*
Anthony P. J. Valenti
Attorneys for Defendant
RASH CURTIS & ASSOCIATES

Dated: February 12, 2019

KIMMEL & SILVERMAN, P.C.

By */s/Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg
Attorneys for Plaintiff
BETTY ROGERS-GRAHAM and RICHARD GRAHAM

ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)

I, Anthony P. J. Valenti, hereby attest that the concurrence in the filing of this document has been obtained from Amy L. Bennecoff Ginsburg, counsel for Plaintiffs BETTY ROGERS-GRAHAM and RICHARD GRAHAM, as of the date below.

Dated: February 12, 2019

ELLIS LAW GROUP LLP

By */s/Anthony P. J. Valenti*
Anthony P. J. Valenti
Attorneys for Defendant RASH CURTIS & ASSOCIATES

**[PROPOSED] ORDER**

The mediation deadline is hereby continued to March 11, 2019.

IT IS SO ORDERED.

Dated: _____February 13_____, 2019

_____
UNITED STATES DISTRICT COURT JUDGE